# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>VAHE SARKISS,<br>　　　Defendant. | CR 19-495 DSF<br><br>Order re Motion for Bill of Particulars |

　　The parties agree that Defendant's motion for a bill of particulars is moot. Therefore, the motion is removed from the Court's calendar.

　　IT IS SO ORDERED.

Date: October 3, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge